IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RYAN HERRINGTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-099
)
STEVE BLUNT, Deputy, and )
EFFINGHAM COUNTY SHERIFF'S )
OFFICE, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's claims against Defendant Effingham County Sheriff's Office are **DISMISSED WITH PREJUDICE**.

SO ORDERED this 27th day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA