# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RYAN HERRINGTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.  CV411-099 |
| DEPUTY STEVE BLUNT, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

This Court granted defendant Steve Blunt's Motion to Compel plaintiff Ryan Herrington's discovery responses and ordered plaintiff to respond by November 16, 2011.  Doc. 20 ("Herrington shall respond within 14 days or face dismissal of his lawsuit.").  Herrington, who did not even bother to respond to Blunt's Motion to Compel, has failed to comply.  His case should therefore be **DISMISSED** for disobeying a Court Order.  Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir.

1983).  Defendant's Motion for Sanctions (doc. 21) is **DENIED** as moot.

**SO REPORTED AND RECOMMENDED**, this 22nd day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA