IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RYAN HERRINGTON,            )
                            )
     Plaintiff,             )
                            )
v.                          )     CASE NO. CV411-099
                            )
STEVE BLUNT, Deputy,        )
                            )
     Defendant.             )
                            )

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 22), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of December 2011.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA